# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

SEAGRAVE FIRE APPARATUS, LLC : No. 185 EAL 2018
:
:
:
v. : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
CNA D/B/A CONTINENTAL CASUALTY :
COMPANY AND THE CONTINENTAL :
INSURANCE COMPANY; AND :
LEXINGTON INSURANCE COMPANY :
D/B/A NATIONAL UNION FIRE :
INSURANCE COMPANY OF :
PENNSYLVANIA AND AMERICAN :
INTERNATIONAL SPECIALTY LINES :
INSURANCE COMPANY; AND :
NATIONWIDE ON BEHALF OF LIBERTY :
MUTUAL D/B/A EMPLOYERS MUTUAL :
LIABILITY, OTHERWISE KNOWN AS :
WAUSAU INSURANCE; AND RSUI D/B/A :
LANDMARK AMERICAN INSURANCE :
COMPANY; AND ACE D/B/A :
CENTENNIAL INSURANCE COMPANY, :
CENTURY INDEMNITY, CAL UNION, :
INA/AETNA, CIGNA INSURANCE :
COMPANY, INSURANCE COMPANY OF :
NORTH AMERICA AND WESTCHESTER :
FIRE INSURANCE COMPANY; AND :
CHARTIS INSURANCE D/B/A AMERICAN :
HOME ASSURANCE; AND AXIS :
SURPLUS INSURANCE COMPANY; AND :
ROYAL SURPLUS LINES D/B/A :
ARROWPOINT; AND ONEBEACON :
D/B/A EMPLOYERS LIABILITY :
ASSURANCE; AND THE HARTFORD :
D/B/A NEW ENGLAND REINSURANCE :
AND FIRST STATE INSURANCE :
COMPANY; AND ZURICH D/B/A NORTH :
INSURANCE COMPANY OF NEW YORK :
AND STEADFAST INSURANCE :
COMPANY; AND LEXINGTON :
CASUALTY INSURANCE D/B/A :
AMERICAN HOME ASSURANCE :

(CHARTIS); AND INTERSTATE FIRE     :
AND CASUALTY COMPANY D/B/A         :
FIREMAN'S FUND; AND ADMIRAL        :
INSURANCE COMPANY; AND CRUM        :
AND FORSTER D/B/A UNITED STATES    :
FIRE INSURANCE COMPANY             :
                                   :
                                   :
PETITION OF:  ADMIRAL INSURANCE    :
COMPANY                            :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 11th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.